# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, B.T. PALMER, J.P. ELLINGTON**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

## MARQ G. MARTINEZ
## HOSPITAL CORPSMAN SECOND CLASS (E-5), U.S. NAVY

### NMCCA 201500299
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 19 June 2015.
**Military Judge**: CDR Robert P. Monahan, Jr., JAGC, USN.
**Convening Authority**: Commandant, Naval District Washington, Washington Navy Yard, DC.
**Staff Judge Advocate's Recommendation**: LT T.J. Champ, JAGC, USN.
**For Appellant**: LT Doug Ottenwess, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 22 December 2015

-------------------------------------------------------
### OPINION OF THE COURT
-------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court